No. 92–5262. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5263. DAWN ET UX. v. MARGOLIS ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5264. DELGADO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5265. ABBOTT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–5266. HARRIS v. HERNDON ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5267. LEGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5268. LUCIEN v. MASCHING ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5269. TILLMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5273. GRAY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–5274. GREENAWALT v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5275. HAWLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5276. BARRAGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5278. VIGO-CANCIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5279. SINGLETON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5281. AKBAR v. CAMPBELL, WARDEN. C. A. 6th Cir. Certiorari denied.